

## NUMBER 13-11-00072-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE TRIDENT INSURANCE SERVICES, LLC AND THE TEXAS ASSOCIATION OF PUBLIC EDUCATORS INTERLOCAL SELF-INSURANCE LEAGUE A/K/A TEXAS ASSOCIATION OF PUBLIC EDUCATORS

### On Petition for Writ of Mandamus And Emergency Motion for Temporary Relief.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Vela
### Per Curiam Memorandum Opinion[1]

Relators, Trident Insurance Services, LLC and the Texas Association of Public Educators Interlocal Self Insurance League a/k/a Texas Association of Public Educators, filed a petition for writ of mandamus in the foregoing cause on February 11,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

2011, and an emergency motion for temporary relief in this same cause on February 14, 2011.

The Court, having examined and fully considered the petition for writ of mandamus and emergency motion for temporary relief, is of the opinion that relators have not shown themselves entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
15th day of February, 2011.